JAMES A. O'BRIEN, as Administrator of the Estate of THOMAS J. O'BRIEN, Deceased, Appellant, *v.* THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Respondent.

*O'Brien* v. *Supreme Council C. B. L.*, 81 App. Div. 1, affirmed.
(Argued October 29, 1903; decided November 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered in favor of defendant April 8, 1903, upon the submission of a controversy under section 1279 of the Code of Civil Procedure.

*Rufus C. Maltby* for appellant.

*John C. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN and WERNER, JJ. Dissenting: HAIGHT and CULLEN, JJ.